IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE HEALTH AND WELFARE FUND; and | : : : : : : | |
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE PENSION FUND; and | : : : : : : : | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN | : : : : : | |
| c/o GEM GROUP<br>650 Naamans Road, Suite 303<br>Claymont, DE 19703; | : : : : | |
| and | : : | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313<br>814 W. Basin Road<br>New Castle, DE 19720 | : : : : : : | |
| Plaintiffs<br>v. | : : : | Civil Action No. 07-00242 (UNA) |
| EMCOR FACILITIES SERVICES, INC.<br>a/k/a EMCOR Group, Inc.<br>a/k/a EMCOR Construction Services, Inc.<br>301 Merritt Seven<br>6th Floor<br>Norwalk, CT 06851 | : : : : : : : | |
| Defendant | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Ferry, Joseph & Pearce, P.A. hereby withdraws its appearance, and Young Conaway Stargatt & Taylor, LLP hereby enters its appearance, as Delaware counsel to the Plaintiffs, International Brotherhood of Electrical Workers Union No. 313, et. al., in the above action.

Respectfully Submitted,

| | |
|---|---|
| */s/ Rick S. Miller* | */s/ Timothy J. Snyder* |
| Rick S. Miller (No. 3418) | Timothy J. Snyder (No. 2408) |
| Ferry, Joseph & Pearce, P.A. | Young Conaway Stargatt & Taylor, LLP |
| 824 Market St., Suite 904 | 1000 West Street, 17th Floor |
| P.O. Box 1351 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| (302) 575-1555 | Telephone: (302) 571-6645 |
| Email: rmiller@ferryjoseph.com | Telefax: (302) 576-3362 |
| | Email: tsnyder@ycst.com |

Of Counsel:

SANFORD G. ROSENTHAL
JESSICA L. TORTELLA
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611/0669

Attorneys for Plaintiffs

Dated: **May 8, 2007**