IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN<br>c/o GEM GROUP<br>650 Naamans Road, Suite 303<br>Claymont, DE 19703<br>    and<br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' LOCAL NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, DELAWARE DIVISION, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND<br>814 W. Basin Road<br>New Castle, DE 19720<br>    and<br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313<br>814 W. Basin Road<br>New Castle, DE 19720<br><br>            Plaintiffs<br><br>    v.<br><br>EMCOR FACILITIES SERVICES, INC.<br>    a/k/a EMCOR Group, Inc.<br>    a/k/a EMCOR Construction Services, Inc.<br>301 Merritt Seven<br>6th Floor<br>Norwalk, CT 06851<br><br>            Defendant | CIVIL ACTION<br>NO. 07-cv-00242(***) |

### **PRAECIPE**

TO: Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Plaintiffs, I.B.E.W. Local Union No. 313, et. al. hereby request that alias summonses, in the form attached, be issued for defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

BY: _____
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

SANFORD G. ROSENTHAL
JESSICA L. TORTELLA
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611/0669

Attorneys for Plaintiffs

Dated: May 10, 2007