**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE HEALTH AND WELFARE FUND c/o GEM GROUP 650 Naamans Road, Suite 303 Claymont, DE 19703 | |
| and | |
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE PENSION FUND c/o GEM GROUP 650 Naamans Road, Suite 303 Claymont, DE 19703 | Civil Action No. 07-242 (***) |
| and | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN c/o GEM GROUP 650 Naamans Road, Suite 303 Claymont, DE 19703 | |
| and | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 814 W. Basin Road New Castle, DE 19720 | |
| Plaintiffs, | |
| v. | |
| EMCOR FACILITIES SERVICES, INC. a/k/a EMCOR Group, Inc., a/k/a EMCOR Construction Service, Inc. 301 Merritt Seven, 6th Floor Norwalk, CT 06851 | |
| Defendant. | |

## ENTRY OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT Emcor Facilities Services, Inc. hereby appears through

its undersigned counsel and demands service of all notices and papers herein upon:

DRINKER BIDDLE & REATH LLP          DRINKER BIDDLE & REATH LLP
David P. Primack, Esq.               J. Freedley Hunsicker, Jr.
1100 North Market Street, Suite 1000  Drinker Biddle & Reath LLP
Wilmington, Delaware  19801-1254     One Logan Square
Tel: 302-467-4200                    18th and Cherry Streets
Fax:  302-467-4201                   Phila. Pa. 19103
                                     Tel: 215-988-2928
                                     Fax: 215-988-2757


PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings

of any kind, including, without limitation, all notices, motions, and orders, whether written or

oral, formal or informal, however transmitted.


Dated: May 14, 2007              /s/  David P. Primack_____
                                 David P. Primack (DE 4449)
                                 DRINKER BIDDLE & REATH LLP
                                 1100 North Market Street, Suite 1000
                                 Wilmington, Delaware  19801-1254
                                 Telephone: 302-467-4200
                                 Facsimile:  302-467-4201

                                 -and-

                                 (Pending *Pro Hac Vice* admission):

                                 J. Freedley Hunsicker, Jr.
                                 Drinker Biddle & Reath LLP
                                 One Logan Square
                                 18th and Cherry Streets
                                 Phila., Pa. 19103
                                 Telephone: 215-988-2928
                                 Facsimile: 215- 988-2757

                                 Attorneys for Emcor Facilities Services, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of May, 2007, I caused a copy of

the foregoing ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS to be

served via CM/ECF on parties in this case and via Email on the following parties:

Timothy J. Snyder
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sanford G. Rosenthal
Jessica L. Tortella
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106


Dated: May 11, 2007

**DRINKER BIDDLE & REATH LLP**

/s/  David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
(302) 467-4200
(302) 467-4201 (fax)

Attorneys for Emcor Facilities Services, Inc.

WM\6855\1