**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE HEALTH AND WELFARE FUND
c/o GEM GROUP
650 Naamans Road, Suite 303
Claymont, DE 19703

and

LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELAWARE PENSION FUND
c/o GEM GROUP
650 Naamans Road, Suite 303
Claymont, DE 19703

and

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN
c/o GEM GROUP
650 Naamans Road, Suite 303
Claymont, DE 19703

and

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313
814 W. Basin Road
New Castle, DE 19720

Plaintiffs

v.

EMCOR FACILITIES SERVICES, INC.
a/k/a EMCOR Group, Inc.,
a/k/a EMCOR Construction Service, Inc.
301 Merritt Seven, 6th Floor
Norwalk, CT 06851

Defendant.

Civil Action No. 07-242 (***)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of J. Freedley Hunsicker, Jr. to represent Emcor Facilities Services, Inc. in this action.

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Emcor Facilities Services, Inc.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

J. Freedley Hunsicker, Jr.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Phila., Pa. 19103
Telephone: (215) 988-2928
Facsimile: (215) 988-2757

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ______________, 2007 ______________________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 14th day of May, 2007, I caused a copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE to be served via CM/ECF on parties in this case and via Email on the following parties:

Timothy J. Snyder (No. 2408)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Sanford G. Rosenthal
Jessica L. Tortella
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106

Dated: May 14, 2007

**DRINKER BIDDLE & REATH LLP**

/s/ David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
(302) 467-4201 (fax)

Attorneys for Emcor Facilities Services, Inc.