AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF      DELAWARE

N.E.C.A. LOCAL UNION NO. 313 I.B.E.W.
HEALTH AND WELFARE FUND, N.E.C.A. LOCAL
UNION NO. 313 I.B.E.W. PENSION FUND, and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 313
DEFERRED INCOME PLAN
    and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS' LOCAL NO. 313
APPRENTICESHIP AND TRAINING COMMITTEE,
DELAWARE DIVISION
    and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS' VACATION FUND

            Plaintiff(s),

    V.

EMCOR FACILITIES SERVICES, INC.
   a/k/a EMCOR Group, Inc.
   a/k/a EMCOR Construction Services, Inc.

            Defendant(s).

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-00242(***)

(Name and address of defendant)

TO: EMCOR FACILITIES SERVICES, INC., a/k/a EMCOR
Group, Inc., a/k/a EMCOR Construction Services, Inc.
   c/o The Prentice-Hall Corporation System, Inc.
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Timothy J. Snyder, Esquire
   Young Conaway Stargatt & Taylor, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   P. O. Box 391
   Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          DATE    MAY 11 2007
CLERK

*(signature)*
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/11/07 |
| NAME OF SERVER (PPJNT) GOLDIE DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: EMCOR FACILITIES SERVICES, INC C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.