## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN<br>c/o GEM GROUP<br>650 Naamans Road, Suite 303<br>Claymont, DE 19703<br>    and<br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' LOCAL NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, DELAWARE DIVISION, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND<br>814 W. Basin Road<br>New Castle, DE 19720<br>    and<br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS<br>LOCAL UNION NO. 313<br>814 W. Basin Road<br>New Castle, DE 19720<br><br>              Plaintiffs<br><br>     v.<br><br>EMCOR FACILITIES SERVICES, INC.<br>   a/k/a EMCOR Group, Inc.<br>   a/k/a EMCOR Construction Services, Inc.<br>301 Merritt Seven<br>6th Floor<br>Norwalk, CT 06851<br><br>              Defendant | CIVIL ACTION<br>NO.  07-cv-0242(***) |

## **STIPULATION**

The parties to this lawsuit by their undersigned counsel hereby stipulate that the time period for the Defendant to answer or otherwise respond to the First Amended Complaint in this case is extended to June 30, 2007.

| | |
|---|---|
| /s Timothy J. Snyder<br>Timothy J. Snyder<br>Attorney Number 2408<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br><br>Attorneys for Plaintiffs | Dated: May 29, 2007 |
| /s/  David P. Primack<br>David P. Primack<br>Attorney Number 4449<br>Drinker Biddle & Reath LLP<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801-1243<br><br>Attorneys for Defendant | Dated: May 29, 2007 |