IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' LOCAL NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, DELAWARE DIVISION, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313<br><br>Plaintiffs<br><br>v.<br><br>EMCOR FACILITIES SERVICES, INC.<br>  a/k/a EMCOR Group, Inc.<br>  a/k/a EMCOR Construction Services, Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 07-cv-00242(***) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Sanford G. Rosenthal, Esquire** to represent N.E.C.A. Local Union No. 313 I.B.E.W., et. al. in this action.

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6755
Telefax: (302) 576-3445
Email: ccrowther@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, as well as the United States Court of Appeals for the Third Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611/0669

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached pleading were served this __13__ day of July, 2007, by hand delivery, on the following individual:

David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

/s/ Curtis J. Crowther
Curtis J. Crowther (No. 3238)