IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W | ) | |
| HEALTH AND WELFARE FUND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C. A. No. 07-242-(***) |
| EMCOR FACILITIES SERVICES, INC. | ) | |
| a/k/a EMCOR Group, Inc., a/k/a EMCOR | ) | |
| Construction Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION PURSUANT TO 28 U.S.C. § 636(c) CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE FOR ALL PRETRIAL AND TRIAL MATTERS**

1.     The parties, by and through their undersigned counsel, pursuant to 28 U.S.C. § 636(c) voluntarily consent to the jurisdiction of Magistrate Judge Mary Pat Thynge to hear and determine all pretrial and trial matters and to make all final judgments in this matter.

2.     The parties further request that the District Court refer this matter to Magistrate Judge Mary Pat Thynge pursuant to 28 U.S.C. § 636(c) for all pretrial, trial, dispositive motions and proceedings and final judgment due to the consent of the parties to such jurisdiction.

YOUNG CONAWAY STARGATT                     DRINKER BIDDLE & REATH, LLP
  & TAYLOR, LLP


_____*/s/ Curtis J. Crowther*_____                     _____*/s/ David P. Primack*_____
Timothy J. Snyder (No. 2408)                     David P. Primack (No. 4449)
Curtis J. Crowther (No. 3238)                     1100 N. Market Street
The Brandywine Building                     Wilmington, DE  19801-1254
1000 West Street, 17th Floor                     (302) 467-4200
P.O. Box 391                     david.primack@dbr.com
Wilmington, DE  19899-0391
(302) 571-6600                     Counsel for Defendant

Local Counsel for Plaintiffs

Upon the Stipulation and Consent of the Plaintiff and the Defendant, this case is referred to Magistrate Judge Mary Pat Thynge pursuant to 28 U.S.C. § 636(c) to exercise jurisdiction over all matters including pretrial, trial, dispositive motions and proceedings and final judgment.

IT IS SO ORDERED this _____ day of July, 2007.

_____
United States District Judge