IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON, DELWARE HEALTH AND WELFARE FUND c/o GEM GROUP, *et al.* <br> Plaintiff, <br><br> v. <br><br> EMCOR FACILITIES SERVICES, INC. <br> a/k/a EMCOR Group, Inc. <br> a/k/a EMCOR Construction Services, Inc. <br><br> Defendant. | CIVIL ACTION <br> NO: 07-242 (MPT) |

### INTERIM STATUS REPORT

1. The Complaint in this matter was filed on May 3, 2007.

2. The Scheduling Conference in this case was held on July 17, 2007.

3. On July 17, 2007, the Court entered a Scheduling Order that required, *inter alia*, that the parties submit an Interim Status Report ("Report") on November 9, 2007.

4. Since the filing of this lawsuit, the parties have been working diligently to resolve this matter without further litigation.

5. The audit report was completed on or about August 3, 2007 and was submitted to Defendant for review.

6. Shortly thereafter, Defendant disputed some of the audit findings and the Funds' auditor revised the audit report.

190181-1

7.  At this time, settlement is imminent and counsel believes that this case will be fully resolved prior to the Rule 16 Conference scheduled for November 16, 2007.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Timothy J. Snyder
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
(302) 571-6645
tsnyder@ycst.com
*Attorneys for Plaintiffs*

Dated: November 9, 2007

OF COUNSEL:
Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0674

190181-1                                        2

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on November 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> J. Freedley Hunsicker, Esquire (freedley.hunsicker@dbr.com)
> Drinker Biddle & Reath LLP
> One Logan Square
> 18th and Cherry Streets
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
D. Fon Muttamara-Walker (No. 4646) [fmuttamara-walker@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiffs*

190181-1