IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' LOCAL NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, DELAWARE DIVISION, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313<br><br>Plaintiffs<br><br>v.<br><br>EMCOR FACILITIES SERVICES, INC.<br>   a/k/a EMCOR Group, Inc.<br>   a/k/a EMCOR Construction Services, Inc.<br><br>Defendant | CIVIL ACTION<br>NO. 07-cv-00242(***) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby voluntarily dismiss this action with prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy J. Snyder_

Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0674

Attorneys for Plaintiffs